No. **CR-08 00451 JF RS**

# UNITED STATES DISTRICT COURT

E-FILING

## NORTHERN DISTRICT OF CALIFORNIA

2008 JUL -9 P 2: 43

### SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

---

THE UNITED STATES OF AMERICA

vs.

MIGUEL ANGEL RIVERA-DIAZ

---

## INDICTMENT

<u>COUNT ONE</u>: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

---

*A true bill.*

_____
Ramona Wills
Foreperson

---

Filed in open court this ___9___ day of ___July___

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

---

Bail. $ _No process required_

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**FILED**

2008 JUL -9 P 2: 43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　v.<br>MIGUEL ANGEL RIVERA-DIAZ,<br>　　Defendant. | No. CR-08 00451 JF<br><br>VIOLATION: 8 U.S.C. § 1326 –<br>Illegal Re-Entry Following Deportation<br><br>SAN JOSE VENUE |

### INDICTMENT

The Grand Jury charges:

On or about May 29, 2008, the defendant

MIGUEL ANGEL RIVERA-DIAZ,

an alien, previously having been arrested and deported from the United States on or about December 11, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a

//
//
//

INDICTMENT

1  re-application by the defendant for admission into the United States, in violation of Title 8,
2  United States Code, Section 1326.
3
4  DATED: 7/9/08                              A TRUE BILL.
5
6                                             _____
7                                             FOREPERSON
8
9  JOSEPH P. RUSSONIELLO
   United States Attorney
10
11
12 _____
   DAVID R. CALLAWAY
13 Deputy Chief, San Jose Branch Office
14
15
16 (Approved as to form: _____)
                         SAUSA CHAD MANDELL
17
18
...
28

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -9 P 2:44
RICHARD W. WIEKING
DISTRICT COURT CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**
▶ MIGUEL ANGEL RIVERA-DIAZ

DISTRICT COURT NUMBER
CR-08 00451 JF RS

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
08-70378 RS

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) CHAD MANDELL

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: