1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)                          *E-FILED 7/17/08*
   Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 6286783)
   Special Assistant United States Attorney

5

6     150 Almaden Boulevard
      San Jose, California 95113
      Telephone: (408) 535-5059
7     Facsimile:  (408) 535-5066
      Email: chad.mandell@usdoj.gov

8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   No.   CR 08-00451 JF
                                       )
15       Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME FROM JULY
16       v.                            )   10, 2008 TO JULY 30, 2008 FROM THE
                                       )   SPEEDY TRIAL ACT CALCULATION
17  MIGUEL ANGEL RIVERA-DIAZ,          )   (18 U.S.C. § 3161(h)(8)(A))
                                       )
18       Defendant.                    )
                                       )
19  _____    )

20

21      The parties stipulate that the time between July 10, 2008 and July 30, 2008 is excluded under

22  the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

23  continuance would unreasonably deny defense counsel reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

25  ends of justice served by granting the requested continuance outweigh the best interest of the

26  //

27  //

28  //

                                        1

1 | public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.
2 | 18 U.S.C. §3161(h)(8)(A).
3 |
4 | DATED: July 14, 2008         JOSEPH P. RUSSONIELLO
                                  United States Attorney
5 |
6 |                              ___/s/_____
7 |                              CHAD M. MANDELL
                                  Special Assistant United States Attorney
8 |
9 |                              ___/s/_____
                                  NICHOLAS P. HUMY
10 |                             Assistant Federal Public Defender

**<u>ORDER</u>**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 9, 2008 and August 13, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: July 17, 2008

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE