1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant Rivera-Diaz

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-08-00451-JF
                                       )
    Plaintiff,                         )    **STIPULATION TO CONTINUE**
12                                     )    **STATUS HEARING; [PROPOSED]**
    vs.                                )    **ORDER**
13                                     )
    MIGUEL RIVERA-DIAZ,                )
14                                     )
    Defendant.                         )
15  _____)

16         Defendant and the government, through their respective counsel, hereby stipulate that,

17  subject to the court's approval, the status hearing date in the above-captioned matter, presently

18  scheduled for Wednesday, August 13, 2008 at 9:00 a.m., be continued to Wednesday, August 20,

19  2008 at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel for Mr.

20  Rivera-Diaz.

21         The parties further agree and stipulate that time should be excluded from and including

22  August 13, 2008 through and including August 20, 2008, to provide counsel reasonable time to

23  prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A)

24  and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

25  ///

26

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and

2  defendant in a speedy trial.

3

4  Dated: July 31, 2008                              _____/s/_____
                                                     NICHOLAS P. HUMY
5                                                    Assistant Federal Public Defender

6
   Dated: July 31, 2008                              _____/s/_____
7                                                    CHAD MANDELL
                                                     Assistant United States Attorney
8

9

10                                         **ORDER**

11

12        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

13  presently set for Wednesday, August 13, 2008 will be continued to August 20, 2008 at 9:00a.m.

14        IT IS FURTHER ORDERED, that the time between August 13, 2008 through and

15  including August 20, 2008,  shall be excluded for effective preparation of defense counsel,

16  pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

17        IT IS SO ORDERED.

18

19  Dated: _____, 2008                         _____
                                                     JEREMY FOGEL
20                                                   United States District Judge

21

22

23

24

25

26

**STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER
No. CR-08-00451-JF**                    2