1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant Rivera-Diaz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00451-JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER** |
| vs. | ) | |
| MIGUEL RIVERA-DIAZ, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing date in the above-captioned matter, presently scheduled for Wednesday, August 13, 2008 at 9:00 a.m., be continued to Wednesday, August 20, 2008 at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel for Mr. Rivera-Diaz.

The parties further agree and stipulate that time should be excluded from and including August 13, 2008 through and including August 20, 2008, to provide counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

///

**STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER**
**No. CR-08-00451-JF**                                1

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and
2  defendant in a speedy trial.

4  Dated: July 31, 2008                                        _____/s/_____
                                                               NICHOLAS P. HUMY
5                                                              Assistant Federal Public Defender

7  Dated: July 31, 2008                                        _____/s/_____
                                                               CHAD MANDELL
                                                               Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, August 13, 2008 will be continued to August 20, 2008 at 9:00a.m.

IT IS FURTHER ORDERED, that the time between August 13, 2008 through and including August 20, 2008, shall be excluded for effective preparation of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 8/8, 2008                                              _____
                                                              JEREMY FOGEL
                                                              United States District Judge